**EXHIBIT A**

UnitedHealth Group Incorporated
UnitedHealthCare Services, Inc.
UnitedHealthCare, Inc.
UHIC Holdings, Inc.
UnitedHealthcare Insurance Company
Group accident & health insurance contracts for employers & associations
Medicare Plans
Individual insurance plans
Optum Health Networks, Inc.
Optum Insight
Optum, Inc.
OptumCare
OptumServe Health Services, Inc.
The Lewin Group, Inc.
Optum360
Optum Labs, LLC
Optum Health Holdings, LLC
United Behavioral Health
Optum Financial, Inc.
Optum Bank
Optum Pay
OptumRx (pharmacy/PBM)
OptumRx Holdings, LLC
OptumRx, Inc.
Change Healthcare Inc.
McKesson Corp.
Change Healthcare Operations, LLC
Change Healthcare Holdings, Inc.
Change Healthcare LLC
Change Healthcare Pharmacy Solutions, Inc.
Change Healthcare Solutions, LLC
Change Healthcare Technologies, LLC
Patterson Companies, Inc. (processing co. provider plaintiffs used to process prescriptions, bills, etc.)
Healthfirst, Inc. (insurance co. medical biller plaintiff submitted claims through)

