**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No. 24-3108 (DWF/DJF)

This Document Relates to:

Total Care Dental and Orthodontics; Ridge Eye Care, Inc.; Pediatric Clinic, Ltd.; York Hospital; H & R Medical Practice, P.C.; Dillman Clinic and Lab, Inc.; Hackensack Meridian Health, Inc.; AMB Medical Services, *doing business as DocCare*; Western New York Retina; Knox Community Hospital; MedCare Pediatric Group, LP; MedCare Pediatric Therapy, LP; MedCare Pediatric Rehab Center, LP; and MedCare Pediatric Nursing, LP, *on behalf of themselves and all others similarly situated*

Plaintiffs,

v. Civil No. 25-179 (DWF/DJF)

UnitedHealth Group Incorporated, UnitedHealthCare Services, Inc., Optum Insight, Change Healthcare Inc, Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, Optum Pay,

Defendants.

**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DILLMAN CLINIC AND LAB, INC. ONLY**

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice as to Dillman Clinic and Lab, Inc., filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [515]); Civil No. 25-179 (DWF/DJF), (Doc. No. [96])),

**IT IS HEREBY ORDERED** that this action as to Dillman Clinic and Lab, Inc., ONLY is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 23, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge